**Order entered February 7, 2020**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-19-00917-CR

### ADILIO DAVILA, Appellant

### V.

### THE STATE OF TEXAS, Appellee

### On Appeal from the 219th Judicial District Court
### Collin County, Texas
### Trial Court Cause No. 219-82171-2019

## ORDER

Before the Court is appellant's February 6, 2020 motion for extension of time to file his brief. We **GRANT** the motion and **ORDER** appellant's brief due on or before February 14, 2020.

/s/    ROBERT D. BURNS, III
CHIEF JUSTICE